# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 08-2179

_____

William A. Galicia Gertrudis,     *

                 *

         Petitioner,     *

                 *   Petition for Review of

     v.               *   an Order of the Board

                 *   of Immigration Appeals.

Eric H. Holder, Jr.,[1]        *

Attorney General of the United States,   *   [UNPUBLISHED]

                 *

         Respondent.     *

_____

Submitted: October 15, 2009
Filed: October 15, 2009

_____

Before WOLLMAN, RILEY, and SMITH, Circuit Judges.

_____

PER CURIAM.

William Gertrudis, a citizen of El Salvador, petitions for review of an order of the Board of Immigration Appeals (BIA), which affirmed an immigration judge's (IJ's) denial of asylum and withholding of removal. Gertrudis challenges the denial of withholding of removal. Upon careful review, see Ming Ming Wijono v. Gonzales, 439 F.3d 868, 872 (8th Cir. 2006) (standard of review), we conclude for the reasons

_____

[1]Eric H. Holder, Jr., has been appointed to serve as Attorney General of the United States, and is substituted as respondent pursuant to Federal Rule of Appellate Procedure 43(c).

explained by the IJ and the BIA that Gertrudis failed to show the gang violence he suffered in El Salvador was attributable either to imputed political opinion or to membership in a particular social group. Thus, he failed to show it was more likely than not that he would be persecuted on account of any such protected ground if returned to El Salvador. See Marroquin-Ochoma v. Holder, 574 F.3d 574, 578-79 (8th Cir. 2009); Santos-Lemus v. Mukasey, 542 F.3d 739, 744-46 (9th Cir. 2008); Davila-Mejia v. Mukasey, 531 F.3d 624, 628 (8th Cir. 2008).

Accordingly, we deny the petition.

_____